VE Medical Care, P.C., a/a/o Margoth Raigosa, Plaintiff-Respondent, -
against
Global Liberty Insurance Co of New York, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Mary V. Rosado, J.), dated May 10, 2018, which denied its motion to hold a non party in contempt.




Per Curiam.
Order (Mary V. Rosado, J.), entered May 10, 2018, affirmed, without costs.
Since the alleged contemnor, Jonathan Lewin, the doctor who prepared an IME report more than a decade ago, was not a party to the action and was not personally served with the underlying contempt motion (see Long Is. Trust Co. v Rosenberg, 82 AD2d 591 [1981]; John Sexton & Co. v Law Foods, 108 AD2d 785 [1985], app dismissed 65 NY2d 1024 [1985]), but, instead, was served by overnight mail, and has not appeared and waived any jurisdictional defense (cf. Benson Park Assoc. LLC v. Herman, 93 AD3d 609 [2012]), the motion to punish him in contempt for civil disobedience of a judicial subpoena was properly denied.
In view of our disposition, we have no occasion to entertain the issue of whether the address where the subpoena was served and where the motion papers were mailed was the alleged contemnor's actual business address.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 25, 2019